FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 APR 25  PM 4: 18

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY ROCKMAN & SONJA ROCKMAN, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: RDB-16-1169 |
| UNION CARBIDE CORP., *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM ORDER

The parties have stipulated to the dismissal of any and all claims asserted by Plaintiffs against the following Defendants in this matter:

Bayer Cropscience, Inc. (ECF No. 81); CBS Corporation (ECF No. 82); CertainTeed Corporation (ECF No. 83); Cooper Industries, Inc. (ECF No. 84); Crown, Cork and Seal Co., Inc. (ECF No. 85); E.L. Stebbing & Co., Inc. (ECF No. 86); Foster Wheeler LLC (ECF No. 87); General Electric Company (ECF No. 88); The Goodyear Tire & Rubber Company (ECF No. 89); Greene, Tweed & Co. (ECF No. 90); Hampshire Industries, Inc. (ECF No. 91); International Paper Company (ECF No. 92); J.H. France Refractories Co. (ECF No. 93); John Crane-Houdaille, Inc. (ECF No. 94); Koppers Company, Inc. (ECF No. 95); Lloyd E. Mitchell, Inc. (ECF No. 96); MCIC, Inc. (ECF No. 97); Metropolitan Life Insurance Company (ECF No. 98); Paramount Packing & Rubber, Inc. (ECF No. 99); Pfizer Inc.

1

(ECF No. 100); Schneider Electric USA, Inc. (ECF No. 102); The Wallace & Gale Asbestos Settlement Trust (ECF No. 103); and International Paper Company (ECF No. 105).

Accordingly, it is this 25th day of April, 2016, ORDERED that:

1. The Stipulations of Dismissal (ECF Nos. 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 102, 103, and 105) are GRANTED.

                                                        Richard D. Bennett
                                                        United States District Judge