IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

---

JEFFREY ROCKMAN, et al.,

Plaintiffs

-vs- 1:16-cv-01169-RDB

UNION CARBIDE CORPORATION,

et al.,

Defendants

---

DEPOSITION OF JERROLD ABRAHAM, MD

SYRACUSE, NEW YORK

SEPTEMBER 28, 2016

Reported by: Pamela Palomeque

EVANS REPORTING SERVICE
The Munsey Building
7 North Calvert Street, Suite 705
Baltimore, Maryland 21202
410.727.7100 800.256.8410

similar to his but certainly his exposure is not the same quality as somebody who works full-time in those mines and factories.

Q And are you aware of any peer-reviewed published study that reports cases of peritoneal mesothelioma occurring in chrysotile-exposed workers or individuals who had exposure in the approximate range of Mr. Rockman's alleged exposure to joint compound in this case?

A I don't know of any that have specifically published exactly a case that would fit under that description.

Q Are you aware of any published cases of cases of peritoneal mesothelioma at a range of exposure lower than Mr. Rockman's approximate exposure in this case?

A No. I mean, I don't know what the lowest level of exposure that could cause a mesothelioma is except that there's no reported safe level, so there's no known threshold, and asbestos is capable of causing mesothelioma in a -- what seems to be a

**Q Really?**

A Or used to be. As far as I know is still.

MR. HILL: You get these little tidbits every once in a while.

**Q Is it accurate to say that you cannot state to a reasonable scientific probability that ambient exposures to asbestos in the air are sufficient to cause peritoneal mesothelioma?**

A Yeah. Well, I mean, I would generalize the mesothelioma being the same disease whether it's in the pleura or peritoneum. It's just a question of where it seems to start but as far as I'm aware, there's no link between ambient asbestos exposure to development of mesothelioma, whether it's pleural or peritoneal, as long as you don't include a looser definition of ambient which might include somebody living near some source of asbestos into their environment.

**Q And it is accurate that there's a baseline level of mesothelioma that is the normal**

average, people with mesothelioma of the pleura have had a less total committal of exposure than on average than people with peritoneal mesothelioma, so that kind of difference has been measured.

As far as diagnosing it, there may be more missed diagnoses of peritoneal mesothelioma, especially in women where sometimes they're misdiagnosed when they're -- either way they might be misdiagnosed as some other kind of cancer, like ovarian cancer, yet they're mesothelioma, and sometimes they're mesotheliomas that mimic the diagnosis when it might be ovarian cancer or some other form of cancer, so certainly years ago, that was a bigger problem.

Some epidemiological studies just wrote down peritoneal cancer and you couldn't tell how many of those were mesotheliomas and some were some other kinds of cancer involving the peritoneum.

**Q Are you aware of any published peer-reviewed studies in which the author has determined that a statistically significant risk of**

**mesothelioma occurs at less than 100 fiber years of chrysotile exposure?**

A I'm not sure if there's a study that says it that way or not.

**Q Based on what you know about Mr. Rockman's exposure, does his exposure come anywhere near likely even 1 fiber per cc year?**

A Well, I haven't tried to do that calculation but if we assume for sake of discussion that he was exposed for two months, to get a fiber years exposure in two months he'd have to have 6 fibers per cc for two months.

**Q Eight hours a day for two months?**

A Right. So I don't know what the levels measured were but it seems unlikely they were that high.

**Q Yeah. You would agree that chrysotile is a different mineral substance than amphiboles?**

A Yes.

**Q And the chrysotile differs chemically and in crystal structure from the amphiboles?**

**case in order to determine that the asbestos exposure in that case is sufficient to be a substantial contributing factor in causing the mesothelioma in question?**

A I don't have a number. I just need a history that someone has had exposure more than they otherwise would have had, and then combining that allegation with the current state of knowledge that we've discussed; that there's no known safe level of exposure, that's sufficient for me to attribute their mesothelioma totally, if that's their only exposure or in part if that's part of their cumulative exposure.

**Q Have you ever worked for a public health agency?**

A Well, I worked for NIOSH for three years so I was in the Public Health Service.

**Q Was that early in your training?**

A That would be a public health agency I assume. That was from 1972 to '75.

**Q Have your opinions on whether chrysotile**

**studies that you particularly rely upon in forming your view on that; that chrysotile, as used in those contexts, causes mesothelioma?**

A I can't cite specific articles on that without doing a quick search.

**Q In this case you found no physical markers of asbestos exposure in any of the medical records; is that correct?**

A That's correct.

**Q You saw no physical markers of asbestos exposure in any of the tissues or slides you saw?**

A Other than the mesothelioma, which I consider a marker of asbestos exposure.

**Q Do you agree that the prevailing standard in pathology is not to make a -- I give up. I pass. I withdraw that question. And --**

A It will come to you later.

**Q Yeah.**

MR. HILL: When you're on the plane out of here.

MR. SCHACHTER: That's right. I'm going

to defer to my colleague to complete the examination with the actual questions that may make sense, so I pass the witness. Thank you for your patience, sir.

EXAMINATION BY MR. COOK:

**Q Good afternoon, sir. We've met before. My name is Eric Cook. I'm here today on behalf of Union Carbide Corporation.**

A Yes.

**Q I wanted to follow up on some of the questions Mr. Schachter asked you already. With respect to the materials you reviewed in the case, did you ask for any materials that you did not receive from Mr. Rockman's counsel?**

A No.

**Q Did you review all the materials necessary for you to form your opinions in this case?**

A Up to this point. If specific opinions about specific products are asked, then I would need to be given either more facts or some

hypotheticals.

**Q I'm obviously going to bounce around, sir, so we don't -- I'll do my best not to cover ground already covered but if you need more context, please let me know.**

A I'll try.

**Q With respect to ambient or background asbestos, would you agree that ambient or background asbestos is composed primarily of short fiber chrysotile?**

A Yes.

**Q Would you agree there's no chemical or physical difference between chrysotile in the ambient air and the chrysotile that comes from a product?**

A Other than the size of the fibers that might be selected to use in a product you mean?

**Q Fair, yes.**

A As far as the mineral itself, I think absent any treatments to it, you know, or mixing it with other things, the chrysotile itself should be

mineralogically the same.

**Q Do you consider ambient or background exposures to asbestos to be safe?**

A Well, I think that the -- as I mentioned before, there's no known hazardous effects associated with ambient exposure that are detectable.

**Q In your opinion is that safe?**

A I think it's without known risk. I don't think any exposure is safe but I think you should avoid it if possible but hard to avoid ambient.

**Q Sir, what's the lowest level of exposure, regardless of fiber type, that's been demonstrated to cause peritoneal mesothelioma?**

A That was sort of asked before. I don't know what numbers have been reported looking at that.

**Q What's the shortest duration of exposure, regardless of fiber type, that's been demonstrated to cause peritoneal mesothelioma?**

A I don't know for sure.

**Q And you say you don't know for sure. Fair to say you're not able to offer an opinion to a reasonable degree of medical probability as to the shortest duration of exposure that's been demonstrated to cause peritoneal mesothelioma regardless of the fiber type?**

A Right. I'd have to do a thorough literature search to show what's been reported.

**Q One of the things you mentioned was that mesothelioma is a marker of asbestos exposure and so I wanted to ask you a few questions about that, sir. In your opinion is erionite a cause of mesothelioma?**

A Well that's a mineral that's similar to asbestos. It's not classified as a type of asbestos but that's been reported to cause mesothelioma. I'm not sure if there have been cases in this country but I think there are some reports from places where erionite is occurring or mined.

Again, there was I think a recent case

**product, you would say that person had an asbestos-related mesothelioma in the event that the exposure occurred ten years or more prior to the diagnosis of mesothelioma?**

A Yes.

**Q Sir, are you familiar with Dr. Hedy Kindler?**

A No.

**Q Let me --**

MR. HILL: Objection since he's never seen the article.

(Abraham Exhibit 10, Hedy Lee Kindler, M.D., article "Peritoneal Mesothelioma: The Site of Origin Matters", marked for identification, this date.)

BY MR. COOK:

**Q Sir, I'm going to hand you what's been marked as Exhibit 10, which is an article by Dr. Kindler entitled Peritoneal Mesothelioma: The Site of Origin Matters. Is this an article you reviewed and considered in reaching your opinions with**

MR. HILL: Again, same objection.
MR. COOK: I'm going to move on if he hasn't read it.
BY MR. COOK:
**Q In reaching your opinions on peritoneal mesothelioma, would it be fair to say that you relied on studies for pleural mesothelioma because you believed there's insufficient data on peritoneal mesothelioma specifically?**
A Well, that's too broad. I don't know just what you're referring to.
**Q Okay.**
A Sorry.
**Q When we were talking about -- well, let me just back it up. I'll give you more context on this. You would agree with me there are no peer-reviewed epidemiologic studies that you rely upon to demonstrate a statistically significant increased risk of developing peritoneal mesothelioma from exposure to chrysotile?**
A I'm not aware of any studies that have

shown that or even tried to show it.

**Q You are familiar with studies of -- for example, you're aware of Canadian miners and millers and there were no peritoneal mesothelioma within that cohort; correct?**

A I'm not sure without looking at the articles on that.

**Q In reaching your opinions on causation of peritoneal mesothelioma, you relied on literature published pertaining to pleural mesothelioma as well; correct?**

A Yeah, I would rely on literature related to mesothelioma, whether it's pleural or peritoneal.

**Q Is it your opinion there's insufficient data dealing specifically with peritoneal mesothelioma and disease causation and, therefore, you need to rely on literature for pleural mesothelioma?**

A No. I mean, one of the articles you just showed me that I read in the abstract said about 85

**from data on high exposure levels to low exposure levels?**

A Well, to some extent it extrapolates from measured levels to case or small series of reports of people with unmeasured but seemingly very low exposures.

There's a commonly quoted -- I can't tell you the exact source -- document that says as little as one day exposure is sufficient to attribute a mesothelioma to asbestos but I don't recall whether it was one day of heavy exposure or one day of low exposure but obviously that hasn't been quantified the same way as what you're asking about.

Basically nobody has demonstrated a measured level too low to cause a mesothelioma. That's extrapolated from higher levels obviously.

**Q Would you agree with me that extrapolating from high level exposures to low level exposures is fraught with uncertainty?**

A Well, there's some uncertainty in all of

that but there's also uncertainty in deciding there's a threshold level of exposure when none has been demonstrated.

**Q How do you account for the uncertainty in extrapolating from high level exposures to low level exposures in reaching your opinions?**

A I haven't accounted for that.

If you want a statistical analysis of that, I would consult a statistician.

**Q You're similarly not able to determine the error rate with respect to that extrapolation; fair?**

A I certainly can't do that without looking at literature that has dealt with that.

MR. COOK: Take maybe a five-minute break?

MR. HILL: Sure.

MR. COOK: If you want to ask.

(Abraham Exhibit 13, Chapter 26, Thurlbeck's Pathology of the Lung, marked for identification, this date.