FILED: October 23, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 17-1883
(1:16-cv-01169-RDB)

---

JEFFREY ROCKMAN; SONJA ROCKMAN

Plaintiffs - Appellants

v.

GEORGIA-PACIFIC, LLC

Defendants - Appellees

and

JOHN CRANE-HOUDAILLE, INC.; E.L. STEBBING & COMPANY, INC; HAMPSHIRE INDUSTRIES, INC., f/k/a John M. Hampshire Co.; LLOYD E. MITCHELL INC.; UNIVERSAL REFRACTORIES COMPANY; J.H. FRANCE REFRACTORIES CO.; THE GOODYEAR TIRE & RUBBER COMPANY, f/k/a Kelly Springfield Tire Company; MCIC, INC., and Its Remaining Director Trustees, Robert I. McCormick, Elizabeth McCormick and Patricia Schunk; CBS CORPORATION, a Delaware Corporation, f/k/a Viacom, Inc.,, Successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation and B. F. Sturtevant; GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; CERTAINTEED CORPORATION, Individually and as Successor to Bestwall Gypsum Co.; KAISER GYPSUM COMPANY, INC.; INTERNATIONAL PAPER COMPANY, Individually and as Successor in Interest to Champion International Corporation and U.S. Plywood Corp.; BAYER CROPSCIENCE, INC., Individually and a Successor In Interest to Benjamin Foster Co., Amchem Products, Inc., H.B. Fuller Co., Aventis CropScience USA, Inc., Rhone-Poulenc AG Company, Inc., Rhone-Poulenc, Inc. and Rhodia, Inc.; COOPER

INDUSTRIES, INC., Individually and as Successors in Interest to Crouse Hinds Co.; PFIZER, INC.; SCHNEIDER ELECTRIC USA, INC., f/k/a Square D Company, Individually and as Successor in Interest to Electric Controller and Manufacturing Co.; FOSTER WHEELER LLC; THE WALLACE & GALE ASBESTOS SETTLEMENT TRUST; CROWN, CORK & SEAL CO., INC.; KOPPERS COMPANY, INC.; GREENE TWEED & CO., Individually and as Successor in Interest to Palmetto, Inc.; PHELPS PACKING & RUBBER CO., other Phelps Industrial; PARAMOUNT PACKING & RUBBER, INC.; UNION CARBIDE CORPORATION

Defendants

O R D E R

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk